# EXHIBIT "A"

## Estimated Cash Flow

| | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| **Sales** | **24,629** | **1,060,384** | **2,045,576** | **3,045,009** |
| **CASH INFLOWS** | | | | |
| Collections | 16,419 | 1,007,418 | 2,028,076 | 2,204,437 |
| Transfer In / (Out) | - | - | - | - |
| Other Income | - | - | - | - |
| **Operating Cash Inflow** | **16,419** | **1,007,418** | **2,028,076** | **2,204,437** |
| **CASH OUTFLOWS** | | | | |
| Product: | | | | |
| Inventory Purchases | 112,800 | 112,800 | 187,800 | 263,400 |
| Production Labor | 75,200 | 52,760 | 147,640 | 122,840 |
| Fullfillment/Freight/Shipping | 3,804 | 22,802 | 35,949 | 33,527 |
| Sales Tax | - | 67,643 | 148,440 | 166,921 |
| Product R&D/Testing | 5,000 | 30,000 | 32,500 | 20,000 |
| **Total Product** | **196,804** | **286,005** | **552,330** | **606,688** |
| Personnel | | | | |
| Salaries/Wages/Benefits | 87,333 | 511,598 | 646,761 | 546,652 |
| Professional Fees | 162,800 | 211,652 | 124,620 | 93,289 |
| **Total Peresonnel** | **250,133** | **723,250** | **771,381** | **639,941** |
| Facilities: | | | | |
| Rent | 9,375 | 22,500 | 22,500 | 16,875 |
| Inventory Storage | 2,121 | 5,789 | 6,589 | 5,503 |
| **Total Facilities** | **11,496** | **28,289** | **29,089** | **22,378** |
| Other: | | | | |
| Insurance | - | 10,329 | 12,911 | 16,138 |
| IT & Phone | 1,000 | 9,600 | 7,700 | 4,000 |
| Sales & Marketing | 13,368 | 158,976 | 275,913 | 269,632 |
| Office Supplies | 600 | 3,600 | 7,400 | 6,300 |
| Software Licenses | 252 | 2,082 | 2,898 | 1,968 |
| Income Taxes | - | - | - | 17,545 |
| Other Expense | 1,368 | 98,976 | 200,913 | 218,632 |
| **Total Other** | **16,589** | **283,563** | **507,735** | **534,216** |
| **Operating Cash Outflow** | **475,023** | **1,321,107** | **1,860,535** | **1,803,223** |
| **Net Operating Cashflow** | **(458,604)** | **(313,690)** | **167,541** | **401,214** |
| Financing Costs | | | | |
| Creditor Payoff Term Loan – Principal Payment | - | - | - | - |
| Creditor Payoff Term Loan – Interest Expense | - | 8,589 | 37,218 | 25,766 |
| LOC Interest Expense | 3,168 | 34,433 | 52,037 | 41,715 |
| LOC Payment / (Draw) | (455,739) | (364,752) | (63,935) | - |
| EIDL Term Loan – Principal Payment | - | 2,930 | 3,595 | 2,576 |
| EIDL Term Loan – Interest Expense | - | 5,111 | 5,908 | 4,003 |
| **Total Financing** | **(452,572)** | **(313,690)** | **34,824** | **74,060** |
| **Net Cashflow** | **(6,032)** | **-** | **132,718** | **327,154** |
| Cash Roll | | | | |
| Beginning Cash | 6,032 | - | - | - |
| Net Cash Before LOC | (461,771) | (364,752) | 68,783 | 327,154 |
| LOC Draw / (Payment) | 455,739 | 364,752 | 63,935 | - |
| Creditor Distribution | - | - | (132,718) | (327,154) |
| **Ending Cash** | **-** | **-** | **-** | **-** |
| Line of Credit | | | | |
| Beginning Balance | - | 455,739 | 820,492 | 884,426 |
| Less: LOC Payment | - | (45,905) | (140,371) | (154,888) |
| Plus: LOC Draw | 455,739 | 410,657 | 204,305 | 154,888 |
| **Ending LOC Balance** | **455,739** | **820,492** | **884,426** | **884,426** |

Estimated Income Statement

|  | 2022 | 2023 | 2024 | 2025 |
|---|---:|---:|---:|---:|
| Sales | 24,629 | 1,060,384 | 2,045,576 | 3,045,009 |
| Sales Tax | (2,032) | (87,482) | (168,760) | (251,213) |
| Fullfilment/Freight/Shipping | (4,846) | (23,650) | (35,477) | (47,475) |
| **Net Revenue** | **17,751** | **949,253** | **1,841,339** | **2,746,321** |
| COGS | 4,230 | 180,934 | 340,366 | 537,195 |
| **Gross Profit** | **13,521** | **768,319** | **1,500,973** | **2,209,126** |
| *Gross Margin* | *76%* | *81%* | *82%* | *80%* |
| Salaries/Wages/Benefits | 87,333 | 511,598 | 646,761 | 710,648 |
| Professional Fees | 191,000 | 185,652 | 123,520 | 140,689 |
| Inventory Storage | 2,121 | 5,789 | 6,589 | 7,551 |
| Rent | 18,750 | 45,000 | 45,000 | 45,000 |
| Insurance | – | 10,329 | 12,911 | 16,138 |
| Software Licenses | 378 | 2,172 | 2,682 | 2,952 |
| Product R&D/Testing | 7,500 | 30,000 | 30,000 | 30,000 |
| Office Supplies | 900 | 3,900 | 7,500 | 8,400 |
| IT & Phone | 1,500 | 9,600 | 7,200 | 6,000 |
| Sales & Marketing | 20,463 | 166,038 | 276,558 | 376,501 |
| Other Expense | 2,463 | 106,038 | 204,558 | 304,501 |
| **Total Operating Expense** | **332,409** | **1,076,116** | **1,363,278** | **1,648,380** |
| Interest Expense | 3,168 | 39,543 | 57,945 | 45,718 |
| Income Taxes | – | – | 17,545 | 113,306 |
| **Net Income** | **(322,055)** | **(347,341)** | **62,205** | **401,722** |