# EXHIBIT "B"

Liquidation Analysis

|  | Current Value | Estimated Liquidation Value |
|---|---:|---:|
| Cash | 3,261.82 | 3,261.82 |
| Accounts Receivable | – | – |
| Note Receivable | 1,502,655.29 | 75,132.76 |
| Shareholder Loan | 105,719.00 | 105,719.00 |
| Inventory | 5,367,154.31 | – |
| Inventory – WIP | 28,032.47 | – |
| Office & Computer Equipment | 116,118.96 | 11,611.90 |
| Machinery & Equipment | 499,425.89 | 49,942.59 |
| **Total Assets at Liquidation Value** |  | **245,668.07** |
| Less: Administrative Expenses of the Debtors' Subchapter V Case |  |  |
| Estimated Debtors' Counsel Fees & Expenses |  | 130,949.06 |
| Estimated Debtors' Financial Advisor Fees & Expenses |  | 177,583.48 |
| **Total Administrative Claims** |  | **308,532.54** |
| **Estimated Percentage Recovery for Administrators** |  | **79.6%** |
| **Balance Remaining for Secured Creditors** |  | **–** |
| **Less: Secured Creditors Claims** |  | **150,000.00** |
| **Estimated Percentage Recovery for Secured Creditors** |  | **0.0%** |
| **Balance Remaining for Unsecured Creditors** |  | **–** |
| **Less: Unsecured Creditors Claims** |  | **1,347,661.22** |
| **Estimated Percentage Recovery for Unsecured Creditors** |  | **0.0%** |